IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0063 |
| ) | |
| **JAYLEN KEELES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on February 2, 2026, ECF No. 61, recommending that the Defendant's plea of guilty to Count One of the Indictment, Possessing with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C §841(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 61, is **ADOPTED;** it is further

**ORDERED** that Defendant Jaylen Keeles' plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Jaylen Keeles is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than March 27, 2026;** it is further

*United States v. Keeles*
Case No. 3:25-cr-0063
Order
Page **2** of **2**

   **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than April 24, 2026;** it is further

   **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than May 15, 2026;** it is further

   **ORDERED** that the parties shall file their sentencing memoranda **no later than May 29, 2026**; and it is further

   **ORDERED** that a sentencing hearing shall be held on **June 12, 2026, at 9:30 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** February 23, 2026       */s/ Robert A. Molloy*
                 **ROBERT A. MOLLOY**
                 **Chief Judge**